

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/27/2020

| | | |
|---|---|---|
| IN RE: § | | |
| SHIRLEY YVONNE HOGAN § | CASE NO: 18-33545 | |
| Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| SHIRLEY YVONNE HOGAN § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 18-3345 | |
| § | | |
| NELNET, *et al* § | | |
| Defendant(s) § | | |

**FINAL JUDGMENT**
Resolving ECF No. 40

This case was set for trial on January 30, 2020. On January 27, 2020 Plaintiff filed an Emergency Motion To Dismiss this Adversary Proceeding ("Motion"). On January 27, 2020 the Court held a hearing on Plaintiff's Motion. After considering the Motion, the history of this case, the Court is of the opinion that this Final Judgement should be entered. It is therefore:

**ORDERED:** that

1. Plaintiff's Motion for Voluntary Dismissal is granted in part and denied in part;
2. All claims and causes of action in this case are DISMISSED WITH PREJUDICE;
3. Violations of this Final Judgment may be punishable by contempt;
4. Each party it so bear its own costs.

SIGNED 01/27/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge